**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

EDWIN ORLANDO QUIR VILLAGRAN,    )    No. ED CV 14-1557-GHK (PLA)
                                 )
              Petitioner,        )    **JUDGMENT**
                                 )
         v.                      )
                                 )
MARTELL, Warden,                 )
                                 )
              Respondent.        )
_____  )

        Pursuant to the order accepting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4/3/15

                                    _____
                                    HONORABLE GEORGE H. KING
                                    CHIEF UNITED STATES DISTRICT JUDGE